IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMELLE JAMES
ADC #163884                                                                  PLAINTIFF

v.                          4:16-cv-463-DPM

RANDELL, Major, Faulkner County
Detention Facility; HUFFMAN, Lieutenant,
Faulkner County Detention Facility, Unit 1;
and ROPER, Sergeant, Faulkner County
Detention Facility, Unit 1                                                DEFENDANTS

ORDER

1. Motion to dismiss, № 5, granted. James's complaint will be dismissed without prejudice.

2. The Court vacates the 30 June 2016 Order assessing the $350 filing fee. № 3. The Court directs the Clerk and James's custodian to refund any payments collected under that Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2016