IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMELLE JAMES
ADC #163884                                                                PLAINTIFF

v.                          4:16-cv-463-DPM

RANDELL, Major, Faulkner County
Detention Facility; HUFFMAN, Lieutenant,
Faulkner County Detention Facility, Unit 1;
and ROPER, Sergeant, Faulkner County
Detention Facility, Unit 1                                                 DEFENDANTS

## JUDGMENT

James's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2016